WYNNE, Supervisor of Permits, et al. v. HARRISON BEVERAGE CO.

No. 4821.

Circuit Court of Appeals, Third Circuit.

June 3, 1932.

Phillip Forman, U. S. Atty., of Trenton, N. J., and Richard H. Woolsey, and Edward C. Dougherty, both of Philadelphia, Pa., for appellants.

Harold Simandl, of Newark, N. J., for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

The question in this case being admittedly moot, the appeal is dismissed.